WOLFE M. SPIEGEL, Respondent, *v.* BENJAMIN LOWEN-STEIN, Appellant.

*Spiegel* v. *Lowenstein,* 171 App. Div. 971, affirmed.
(Argued December 10, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 8, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover the purchase price of goods alleged to have been sold and delivered. The cause of action was not denied by the answer, but the defendant set up a counterclaim for alleged breach of agreement to deliver a quantity of copper wire and brass and bronze turnings. The plaintiff in his reply denied the material allegations of the counterclaim and also interposed the defense of the Statute of Frauds.

*Max D. Steuer, Alfred Frankenthaler* and *I. Maurice Wormser* for appellant.

*Lewis E. Mosher* for respondent.

.Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-
BACK, CARDOZO, POUND and ANDREWS, JJ.